# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | SACV 12-1616 DSF (FFM) | Date | November 28, 2012 |
|---|---|---|---|
| Title | MATTHEW C. LANGFORD v. MICHAEL J. ASTRUE, Commissioner of Social Security | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Attorneys Present for Defendant:

None Present  None Present

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY PROOF OF SERVICE WAS NOT TIMELY FILED**

The Court has reviewed its own files and records and notes plaintiff failed to timely submit a Proof of Service of Summons and Complaint by October 23, 2012, as required by the Court's Case Management Order.

Plaintiff is ordered to show cause in writing within 30 days of the date of this minute order why this matter should not be dismissed for failure to prosecute. A properly completed proof of service will be deemed sufficient compliance with this order.

: 

Initials of Preparer    JM